**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

PHETSAMAY KAOMIXAY,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant

Case No. 1:25-cv-01730 JLT FJS

ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT, AND TERMINATING PLAINTIFF'S MOTION FOR JUDICIAL REVIEW AS MOOT

(Docs. 18, 19)

Phetsamay Kaomixay and the Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 19.) Pursuant to the stipulation, an administrative law judge shall "further develop the record as necessary and issue a new decision." (*Id.* at 1.) In addition, the parties agree that the Court shall enter judgment in favor of Plaintiff and against the Commissioner. (*Id.*)

Based upon the terms of the stipulation, the Court **ORDERS**:

1. Plaintiff's motion for judicial review of the administrative decision (Doc. 18) is terminated as **MOOT**.
2. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

3. The Clerk of Court is directed to enter judgment in favor of Plaintiff Phetsamay Kaomixay, and against Defendant Frank Bisignano, Commissioner of Social Security, and to close this case.

IT IS SO ORDERED.

Dated: November 9, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE